UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TERRY ANTHONY BALL,

                                   Petitioner,

    v.

RENEE BAKER, *et al.*,

                                  Respondents.

Case No. 3:18-cv-00249-MMD-WGC

ORDER

    Petitioner Terry Anthony Ball's habeas corpus petition is before the Court on Respondents' motion for extension of time to file their answer ("Motion") (ECF No. 16). Good cause appearing, it is ordered that Respondents' Motion (ECF No. 16) is granted *nunc pro tunc.*

    DATED THIS 8th day of November 2019.

                                            _____
                                          MIRANDA M. DU
                                          CHIEF UNITED STATES DISTRICT JUDGE